[No. 16897-5-I. Division One. February 9, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN VINCE LOMBARDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-03149-9, Patricia H. Aitken, J., entered

1052

July 22, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Grosse, JJ.